IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00919-MSK-KMT

JON B. TELLEEN,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,

    Defendant.

---

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Joint Motion to Modify Scheduling Order" (#28, filed January 28, 2008) is GRANTED.

Dated: January 30, 2008