IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00919-MSK-KMT

JON B. TELLEEN,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Unopposed Motion to Modify Scheduling Order with Respect to Endorsement of Expert Testimony Concerning Neuropsychological Testing" (#33 , filed February 28, 2008) is GRANTED. Plaintiff shall disclose and endorse witness testimony concerning neuropsychological testing on or before April 3, 2008. All other deadlines set by the court remain in effect.

Dated: March 3, 2008