IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00919-MSK-KMT

JON B. TELLEEN,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Joint Motion to Amend the Scheduling Order for Sixty (60) Day Extension of Time to Complete Discovery" (#36, filed March 18, 2008) is GRANTED. The parties have up to and including June 3, 2008 to provide discovery. A Status Conference is set for **May 1, 2008 at 9:15 a.m.** to discuss the progress of discovery and whether a settlement conference should be set in the case.

Dated: March 24, 2008